MICHAEL VON LOEWENFELDT (178665)
mvl@kerrwagstaffe.com
MICHAEL NG (237915)
mng@kerrwagstaffe.com
CHEROKEE D.M. MELTON (243265)
melton@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

ANTHONY C. MEREDITH (171094)
meredithlaw@yahoo.com
**LAW OFFICES OF ANTHONY C. MEREDITH**
303 Twin Dolphin Drive
6th Floor – Suite 600
Redwood City, CA 94065
Telephone: (650) 632-4474
Fax: (650) 585-5470

Attorneys for Plaintiffs
BAYARDO MARTINEZ and ROBERTO NAVARRO, on
behalf of themselves and those similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYARDO MARTINEZ and ROBERTO NAVARRO, on behalf of themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>MAIN STREET CALIFORNIA II, INC., a Delaware Corporation, and DOES 1 though 100,<br><br>    Defendants. | Case No. 09 CV-05294-JL<br><br>**STIPULATION AND [PROPOSED] ORDER RE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |

## STIPULATION

Plaintiffs BAYARDO MARTINEZ and ROBERTO NAVARRO ("Plaintiffs") and Defendant, MAIN STREET CALIFORNIA II, INC. ("Defendant") (collectively the "Parties"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, this case was commenced on November 6, 2009, in the United States District Court for the Northern District of California, and thereafter on December 2, 2009, Defendants filed their Answer;

WHEREAS, on November 6, 2009, this Court issued an Order Setting Initial Case Management Conference and ADR Deadlines, and set the following schedule:

- The last day for the parties to meet and confer re: initial disclosures, early settlement, ADR process selection, and a discovery plan is January 27, 2010.
- The last day for the parties to file the ADR Certification signed by the parties and counsel is January 27, 2010.
- The last day for the parties to file either the Stipulation to ADR Process or the Notice of Need for ADR Phone Conference is January 27, 2010.
- The last day for the parties to file their Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report and file a Case Management Conference Statement per attached Standing Order re Contents of Joint Case Management Statement is February 10, 2010.
- The Initial Case Management Conference is February 17, 2010.

WHEREAS, the parties have engaged in informal discovery and have met and conferred in person and on the telephone regarding, among other things, the status of the case;

WHEREAS, the parties agree that further informal discovery and discussions are necessary in order to properly evaluate the case and meaningfully comply with their obligations under Rule 26 of the Federal Rules of Civil Procedure and the Local Rules regarding case management and ADR;

1   **NOW THEREFORE**, the parties have agreed, subject to the Court's approval, that the
2   deadlines set in the Order Setting Initial Case Management Conference and ADR Deadlines shall
3   be continued for approximately 45 days, as follows:

- The last day for the parties to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan shall be continued to March 12, 2010.
- The last day for the parties to file the ADR Certification signed by the parties and counsel shall be continued to March 12, 2010.
- The last day for the parties to file either the Stipulation to ADR Process or the Notice of Need for ADR Phone Conference shall be continued to March 12, 2010.
- The last day for the parties to file their Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report and file Case management Conference Statement per attached Standing Order re Contents of a Joint Case Management Statement shall be continued to March 26, 2010.
- The Initial Case Management Conference shall be continued to April 7, 2010.

**IT IS SO STIPULATED**.

DATED: January 27, 2010                        **JACKSON LEWIS LLP**

                                               By /s/ Alison J. Cubre
                                               ALISON J. CUBRE

                                               Attorneys for Defendant
                                               MAIN STREET CALIFORNIA II, INC.

DATED: January 27, 2010                        **KERR & WAGSTAFFE LLP**

                                               By    /s/
                                               CHEROKEE D.M. MELTON

                                               Attorneys for Plaintiffs
                                               BAYARDO MARTINEZ, individually, and on
                                               behalf of those similarly situated

Case No. 09 CV-05294-JL                    2                    STIPULATION AND [PROPOSED] ORDER

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the deadlines in the Order Setting Initial Case Management Conference and ADR Deadlines shall be continued as follows:

- The last day for the parties to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan shall be continued from January 27, 2010 to **March 12, 2010**.

- The last day for the parties to file the ADR Certification signed by parties and counsel shall be continued from January 27, 2010 to **March 12, 2010**.

- The last day for the parties to file either the Stipulation to ADR Process or the Notice of Need for ADR Phone Conference shall be continued from January 27, 2010 to **March 12, 2010**.

- The last day for the parties to file their Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report and file a Case management Conference Statement per attached Standing Order re Contents of Joint Case Management Statement shall be continued from February 10, 2010 to **March 26, 2010**.

- The Initial Case Management Conference shall be continued from February 17, 2010 to **April 7, 2010**.

**IT IS SO ORDERED.**

DATED: January 28, 2010

_____
Hon. James Larson
UNITED STATES MAGISTRATE JUDGE