Robert M. Pattison (State Bar No. 103528)
Alison J. Cubre (State Bar No. 257834)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California  94105
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
E-mail:  pattisonr@jacksonlewis.com
E-mail:  cubrea@jacksonlewis.com

Attorneys for Defendant
MAIN STREET CALIFONRIA II, INC.


MICHAEL VON LOEWENFELDT (178665)
mvl@kerrwagstaffe.com
MICHAEL NG (237915)
mng@kerrwagstaffe.com
CHEROKEE D.M. MELTON (243265)
melton@kerrwagstaffe.com
KERR & WAGSTAFFE LLP
100 Spear Street, 18th Floor
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

ANTHONY C. MEREDITH (171094)
meredithlaw@yahoo.com
LAW OFFICES OF ANTHONY C. MEREDITH
303 Twin Dolphin Drive
6th Floor – Suite 600
Redwood City, CA 94065
Telephone: (650) 632-4474
Fax: (650) 585-5470

Attorneys for Plaintiffs
BAYARDO MARTINEZ and ROBERTO NAVARRO, on behalf of themselves and those similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYARDO MARTINEZ an ROBERTO NAVARRO, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v. | Case No.  CV 09 5294 JL<br><br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES |

1

| | |
|---|---|
| MAIN STREET CALIFORNIA II, INC., an Arizona Corporation,<br><br>        Defendant. | Complaint Filed: 11/06/09<br>Trial Date:     None Set |

## STIPULATION

1. Plaintiffs BAYARDO MARTINEZ and ROBERTO NAVARRO ("Plaintiffs") and Defendant, MAIN STREET CALIFORNIA II, INC. ("Defendant") (collectively the "Parties"), by and through their counsel of record, hereby stipulate as follows:

2. WHEREAS, this case was commenced on November 6, 2009, in the United States District Court for the Northern District of California, and thereafter on December 2, 2009, Defendants filed their Answer;

3. WHEREAS, on November 6, 2009, this Court issued an Order Setting Initial Case Management Conference and ADR Deadlines.

4. WHEREAS, on January 27, 2010, the Parties stipulated and the Court Ordered the Initial Case Management Conference and ADR Deadlines be extended by 45 days, as follows:

    a. The last day for the parties to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan shall be continued to March 12, 2010.

    b. The last day for the parties to file the ADR Certification signed by the parties and counsel shall be continued to March 12, 2010.

    c. The last day for the parties to file either the Stipulation to ADR Process or the Notice of Need for ADR Phone Conference shall be continued to March 12, 2010.

    d. The last day for the parties to file their Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report and file Case management

2
STIPULATION AND [PROPOSED] ORDER RE INITIAL CASE
MANAGEMENT CONFERENCE AND ADR DEADLINES     Case No. CV 09 5294

Conference Statement per attached Standing Order re Contents of a Joint Case Management Statement shall be continued to March 26, 2010.

 e. The Initial Case Management Conference shall be continued to April 7, 2010.

5. WHEREAS, the parties have engaged in informal discovery and have met and conferred in person and on the telephone regarding, among other things, the status of the case and settlement;

6. WHEREAS, the parties agree that further informal discovery and discussions are necessary in order to properly evaluate the case and meaningfully comply with their obligations under Rule 26 of the Federal Rules of Civil Procedure and the Local Rules regarding case management and ADR;

**NOW THEREFORE**, the parties have agreed, subject to the Court's approval, that the deadlines set in the Order Setting Initial Case Management Conference and ADR Deadlines shall be continued for approximately 30 days, as follows:

 a. The last day for the parties to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan shall be continued to April 12, 2010

 b. The last day for the parties to file the ADR Certification signed by the parties and counsel shall be continued to April 12, 2010.

 c. The last day for the parties to file either the Stipulation to ADR Process or the Notice of Need for ADR Phone Conference shall be continued to April 12, 2010.

 d. The last day for the parties to file their Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report and file Case management Conference Statement per attached Standing Order re Contents of a Joint Case Management Statement shall be continued to April 26, 2010.

/
/
/
///

e. The Initial Case Management Conference shall be continued to May 5, 2010.

**IT IS SO STIPULATED.**

DATED: March 10, 2010              JACKSON LEWIS LLP

By _____
ROBERT M. PATTISON
ALISON J. CUBRE
Attorneys for Defendant
MAIN STREET CALIFORNIA II, INC.

DATED: March 10, 2010              KERR & WAGSTAFFE LLP

By _____/s/_____
CHEROKEE D.M. MELTON
Attorneys for Plaintiffs
BAYARDO MARTINEZ, individually, and on behalf of those similarly situated

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the deadlines in the Order Setting Initial Case Management Conference and ADR Deadlines shall be continued as follows:

a. The last day for the parties to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan shall be continued to April 12, 2010

b. The last day for the parties to file the ADR Certification signed by the parties and counsel shall be continued to April 12, 2010.

c. The last day for the parties to file either the Stipulation to ADR Process or the Notice of Need for ADR Phone Conference shall be continued to April 12, 2010.

d. The last day for the parties to file their Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report and file Case management Conference

4

STIPULATION AND [PROPOSED] ORDER RE INITIAL CASE
MANAGEMENT CONFERENCE AND ADR DEADLINES              Case No. CV 09 5294

Statement per attached Standing Order re Contents of a Joint Case Management Statement shall be continued to April 26, 2010.

e. The Initial Case Management Conference shall be continued to May 5, 2010.

**IT IS SO ORDERED.**

DATED: _March 11, 2010_

_____
Hon. James Larson
UNITED STATES MAGISTRATE JUDGE

5

STIPULATION AND [PROPOSED] ORDER RE INITIAL CASE
MANAGEMENT CONFERENCE AND ADR DEADLINES        Case No. CV 09 5294