1  MICHAEL VON LOEWENFELDT (178665)
   mvl@kerrwagstaffe.com
2  MICHAEL NG (237915)
   mng@kerrwagstaffe.com
3  CHEROKEE D.M. MELTON (243265)
   melton@kerrwagstaffe.com
4  **KERR & WAGSTAFFE LLP**
   100 Spear Street, 18th Floor
5  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
6  Fax: (415) 371-0500

7  ANTHONY C. MEREDITH (171094)
   meredithlaw@yahoo.com
8  **LAW OFFICES OF ANTHONY C. MEREDITH**
   303 Twin Dolphin Drive
9  6th Floor – Suite 600
   Redwood City, CA 94065
10 Telephone: (650) 632-4474
   Fax: (650) 585-5470

11 Attorneys for Plaintiffs
   BAYARDO MARTINEZ and ROBERTO NAVARRO, on
12 behalf of themselves and those similarly situated

13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16 | BAYARDO MARTINEZ and ROBERTO NAVARRO, on behalf of themselves and those similarly situated, | Case No. 09 CV-05294-JL |
   |---|---|
   | Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER RE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |
   | vs. | |
   | MAIN STREET CALIFORNIA II, INC., a Delaware Corporation, and DOES 1 though 100, | |
   | Defendants. | |

Case No. 09 CV-05294-JL                                STIPULATION AND [PROPOSED] ORDER

**STIPULATION**

1. Plaintiffs BAYARDO MARTINEZ and ROBERTO NAVARRO ("Plaintiffs") and Defendant, MAIN STREET CALIFORNIA II, INC. ("Defendant") (collectively the "Parties"), by and through their counsel of record, hereby stipulate as follows:

2. WHEREAS, this case was commenced on November 6, 2009, in the United States District Court for the Northern District of California, and thereafter on December 2, 2009, Defendants filed their Answer.

3. WHEREAS, on November 6, 2009, this Court issued an Order Setting Initial Case Management Conference and ADR Deadlines.

4. WHEREAS, on March 11, 2010, the Parties stipulated and the Court ordered the Initial Case Management Conference and ADR Deadlines be extended by 45 days, as follows:

   a. The last day for the parties to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan shall be continued to April 12, 2010.

   b. The last day for the parties to file the ADR Certification signed by the parties and counsel shall be continued to April 12, 2010.

   c. The last day for the parties to file either the Stipulation to ADR Process or the Notice of Need for ADR Phone Conference shall be continued to April 12, 2010.

   d. The last day for the parties to file their Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report and file Case management Conference Statement per attached Standing Order re Contents of a Joint Case Management Statement shall be continued to April 26, 2010.

   e. The Initial Case Management Conference shall be continued to May 5, 2010.

5. WHEREAS, the parties have engaged in informal discovery and have met and conferred in person and on the telephone regarding, among other things, the status of the case and settlement.

6. WHEREAS, the parties agree that further informal discovery and discussions are

1 necessary in order to properly evaluate the case and meaningfully comply with their obligations under Rule 26 of the Federal Rules of Civil Procedure and the Local Rules regarding case management and ADR.

**NOW THEREFORE**, the parties have agreed, subject to the Court's approval, that the deadlines set in the Order Setting Initial Case Management Conference and ADR Deadlines shall be continued for approximately 30 days, as follows:

   a. The last day for the parties to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan shall be continued to May 12, 2010.

   b. The last day for the parties to file the ADR Certification signed by the parties and counsel shall be continued to May 12, 2010.

   c. The last day for the parties to file either the Stipulation to ADR Process or the Notice of Need for ADR Phone Conference shall be continued to May 12, 2010.

   d. The last day for the parties to file their Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report and file Case management Conference Statement per attached Standing Order re Contents of a Joint Case Management Statement shall be continued to May 26, 2010.

   e. The Initial Case Management Conference shall be continued to ~~June 9,~~ 2010.

**IT IS SO STIPULATED**.

//
//
//
//
//
//

Case No. 09 CV-05294-JL

3

STIPULATION AND [PROPOSED] ORDER

1 | DATED: April 12, 2010　　　　　　　　　　**JACKSON LEWIS LLP**

By ____/s/_____
　　ALISON J. CUBRE

Attorneys for Defendant
MAIN STREET CALIFORNIA II, INC.

DATED: April 12, 2010　　　　　　　　　　**KERR & WAGSTAFFE LLP**

By ____/s/_____
　　CHEROKEE D.M. MELTON

Attorneys for Plaintiffs
BAYARDO MARTINEZ and ROBERTO NAVARRO, individually, and on behalf of those similarly situated

## ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the deadlines in the Order Setting Initial Case Management Conference and ADR Deadlines shall be continued as follows:

    a.    The last day for the parties to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan shall be continued to May 12, 2010.

    b.    The last day for the parties to file the ADR Certification signed by the parties and counsel shall be continued to May 12, 2010.

    c.    The last day for the parties to file either the Stipulation to ADR Process or the Notice of Need for ADR Phone Conference shall be continued to May 12, 2010.

    d.    The last day for the parties to file their Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report and file Case management Conference Statement per attached Standing Order re

1         Contents of a Joint Case Management Statement shall be continued to

2         May 26, 2010.

3    e.    The Initial Case Management Conference shall be continued to June 16,

4         2010.

5   IT IS SO ORDERED.

7 DATED: April 14, 2010         _____
                              Hon. James Larson
                              UNITED STATES MAGISTRATE JUDGE

KERR & WAGSTAFFE LLP

Case No. 09 CV-05294-JL         5        STIPULATION AND [PROPOSED] ORDER