Robert M. Pattison (State Bar No. 103528)
Alison J. Cubre (State Bar No. 257834)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California  94105
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
E-mail:  pattisonr@jacksonlewis.com
E-mail:  cubrea@jacksonlewis.com

Attorneys for Defendant
MAIN ST. CALIFORNIA II, INC.


MICHAEL VON LOEWENFELDT (178665)
mvl@kerrwagstaffe.com
MICHAEL NG (237915)
mng@kerrwagstaffe.com
CHEROKEE D.M. MELTON (243265)
melton@kerrwagstaffe.com
KERR & WAGSTAFFE LLP
100 Spear Street, 18th Floor
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

ANTHONY C. MEREDITH (171094)
meredithlaw@yahoo.com
LAW OFFICES OF ANTHONY C. MEREDITH
303 Twin Dolphin Drive
6th Floor – Suite 600
Redwood City, CA 94065
Telephone: (650) 632-4474
Fax: (650) 585-5470

Attorneys for Plaintiffs
BAYARDO MARTINEZ and ROBERTO NAVARRO, on behalf of themselves and those similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYARDO MARTINEZ an ROBERTO NAVARRO, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v. | Case No.  **CV 09 5294 JL**<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER** |

1

| | |
|---|---|
| MAIN STREET CALIFORNIA II, INC., an Arizona Corporation,<br><br>              Defendant. | Complaint Filed: 11/06/09<br>Trial Date:     None Set |

Pursuant to the Court's April 14, 2010 Order and Civil Local Rule 16-9, the parties hereby submit the following Joint Case Management Conference Statement and Proposed Order:

The parties have reached an agreement in principle to settle the matter and are now finalizing the details. The parties anticipate that they will file a stipulation for dismissal within 60 days, or by July 26, 2010. The parties therefore respectfully request that all deadlines, including the deadline to file their Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report and file a Supplemental Joint Case Management Conference Statement, be continued until after July 26, 2010.

Dated: May 26, 2010                          **JACKSON LEWIS LLP**

                                              By /s/ *Alison J. Cubre*
                                                  ROBERT M. PATTISON
                                                  ALISON J. CUBRE
                                                  Attorneys for Defendant
                                                  MAIN STREET CALIFORNIA II, INC.

Dated: May 26, 2010                          **KERR & WAGSTAFFE LLP**

                                              By /s/ *Cherokee Melton*
                                                    CHEROKEE D.M. MELTON
                                                  Attorneys for Plaintiffs
                                                  BAYARDO MARTINEZ, and ROBERTO
                                                  NAVARRO individually, and on behalf of those
                                                  similarly situated

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | |

The Joint Case Management Statement and Proposed Order is hereby adopted by the Court as a Joint Case Management Order for the case and the parties are ordered to comply with this Order. The Case Management Conference is hereby continued to July 28, 2010 at 10:30 am **IT IS SO ORDERED**.

DATED: May 28, 2010

_____
Hon. James Larson
UNITED STATES MAGISTRATE JUDGE

---

3
JOINT CASE MANAGEMENT STATEMENT            Case No.  CV 09 5294