MICHAEL VON LOEWENFELDT (178665)
mvl@kerrwagstaffe.com
MICHAEL NG (237915)
mng@kerrwagstaffe.com
CHEROKEE D.M. MELTON (243265)
melton@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

ANTHONY C. MEREDITH (171094)
meredithlaw@yahoo.com
**LAW OFFICES OF ANTHONY C. MEREDITH**
303 Twin Dolphin Drive
6th Floor – Suite 600
Redwood City, CA 94065
Telephone: (650) 632-4474
Fax: (650) 585-5470

Attorneys for Plaintiffs
BAYARDO MARTINEZ and ROBERTO NAVARRO, on behalf of themselves and those similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYARDO MARTINEZ and ROBERTO NAVARRO, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MAIN STREET CALIFORNIA II, INC., a Delaware Corporation, and DOES 1 though 100,<br><br>Defendants. | Case No. 09 CV-05294-JL<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER** |

Case No. 09 CV-05294-JL SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER

1     Pursuant to the Court's May 28, 2010 Order, the parties hereby submit the following Supplemental Joint Case Management Conference Statement and Proposed Order.

    The parties have reached an agreement in principle to settle the matter and are continuing to negotiate the details of a final agreement. The parties anticipate that they will file a stipulation for dismissal within 60 days, or by September 19, 2010.

    The parties therefore respectfully request that the Case Management Conference currently scheduled for July 28, 2010 at 10:30 a.m. be continued until after September 19, 2010, and that all other deadlines, including the deadline to file the Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report and file a Supplemental Joint Case Management Statement, also be continued until after September 19, 2010.

DATED: July 21, 2010         **KERR & WAGSTAFFE LLP**

By    /s/
    CHEROKEE D.M. MELTON

Attorneys for Plaintiffs
BAYARDO MARTINEZ, individually, and on behalf of those similarly situated

DATED: July 21, 2010         **JACKSON LEWIS LLP**

By    /s/ Alison Cubre
    ALISON J. CUBRE

Attorneys for Defendant
MAIN STREET CALIFORNIA II, INC.

## [PROPOSED] ORDER

The Case Management Conference currently scheduled for July 28, 2010 at 10:30 a.m. is continued until after September 19, 2010. Furthermore, all other deadlines, including the deadline to file the Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report and file a Supplemental Joint Case Management Statement, are also continued until after September 19, 2010. The Case Management Conference is continued to September 22, 2010 at 10:30 a.m.

**IT IS SO ORDERED.**

DATED: July 22, 2010　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. James Larson
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1  I, Cherokee D.M. Melton, am the ECF User whose ID and password are being used to
2  file this **SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND**
3  **[PROPOSED] ORDER**.  In compliance with General Order 45, X.B., I hereby attest that Alison
4  J. Cubre, counsel for Defendant has concurred in this filing.

DATED:  July 21, 2010              **KERR & WAGSTAFFE LLP**


By  _____/s/_____
CHEROKEE D.M. MELTON

Attorneys for Plaintiffs
BAYARDO MARTINEZ and ROBERTO
NAVARRO, individually, and on behalf of those
similarly situated