1  MICHAEL VON LOEWENFELDT (178665)
   mvl@kerrwagstaffe.com
2  MICHAEL NG (237915)
   mng@kerrwagstaffe.com
3  CHEROKEE D.M. MELTON (243265)
   melton@kerrwagstaffe.com
4  **KERR & WAGSTAFFE LLP**
   100 Spear Street, 18th Floor
5  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
6  Fax: (415) 371-0500

7  ANTHONY C. MEREDITH (171094)
   meredithlaw@yahoo.com
8  **LAW OFFICES OF ANTHONY C. MEREDITH**
   303 Twin Dolphin Drive
9  6th Floor – Suite 600
   Redwood City, CA 94065
10 Telephone: (650) 632-4474
   Fax: (650) 585-5470

11 Attorneys for Plaintiffs
   BAYARDO MARTINEZ and ROBERTO NAVARRO, on
12 behalf of themselves and those similarly situated

IT IS SO ORDERED
/s/ James Larson
Judge James Larson

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| BAYARDO MARTINEZ and ROBERTO NAVARRO, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MAIN STREET CALIFORNIA II, INC., a Delaware Corporation, and DOES 1 though 100,<br><br>Defendants. | Case No. 09 CV-05294-JL<br><br>**STIPULATED DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41** |
|---|---|

---

Case No. 09 CV-05294-JL                                             STIPULATED DISMISSAL PURSUANT
                                                                    TO FED. R. OF CIV. PROC. 41

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereto stipulate to dismissing this action, and all causes of action therein, in its entirety and with prejudice as to Plaintiffs' individual claims only. No class has been certified in this case, and this dismissal does not release the claims of any other persons. Each side shall bear its own costs and fees.

IT IS SO STIPULATED:

DATED: September 16, 2010

LAW OFFICES OF ANTHONY C. MEREDITH

KERR & WAGSTAFFE LLP

By _____
MICHAEL VON LOEWENFELDT

Attorneys for Plaintiffs
BAYARDO MARTINEZ, individually, and on behalf of those similarly situated

DATED: September 16, 2010

JACKSON LEWIS LLP

By _____
ROBERT M. PATTISON

Attorneys for Defendant
MAIN STREET CALIFORNIA II, INC.

— 1 —

Case No. 09 CV-05294-JL

STIPULATED DISMISSAL PURSUANT TO FED. R. OF CIV. PROC. 41